ERIC GRANT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
MISDEMEANOR UNIT
BRIANA M. VOLLMER
Acting Law Enforcement Specialist (Rule 180)
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FABIAN RENTERIA, <br><br> Defendant. | Case No. 6:24-PO-00541-HBK <br><br> STIPULATION AND ORDER TO VACATE BENCH TRIAL AND SET STATUS CONFERENCE <br><br> Date: November 3, 2025 <br> Time: 10:00 A.M. <br> Court: Hon. Helena M. Barch-Kuchta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for a bench trial on November 3, 2025, at the United States District Court for the Eastern District of California courthouse located in Yosemite National Park. Dkt. 13.

2. The parties have reached a deferred prosecution agreement in this matter. Dkt. 14.

3. By this stipulation, the defendant now moves to vacate the trial and schedule a status conference on February 3, 2026, at the United States District Court for the Eastern District of California courthouse located in Yosemite National Park.

1

1  4.  The government does not object to the February 3, 2026, status conference date.

2  IT IS SO STIPULATED.

4  DATED: October 13, 2025                    Respectfully submitted,

5                                             ERIC GRANT
                                              United States Attorney

7                              By:   /s/ Briana M. Vollmer
                                     BRIANA M. VOLLMER
                                     Acting Law Enforcement Specialist (Rule 180)

10  DATED: October 13, 2025                   Respectfully submitted,

11                             By:   /s/ Lisa Lumeya
                                     LISA LUMEYA
12                                   Counsel for the Defendant
                                     FABIAN RENTERIA

U.S. v. RENTERIA
Case No. 6:24-PO-00541-HBK

**ORDER**

Pursuant to the parties' stipulation and the grounds stated therein, the Court vacates the bench trial set for November 3, 2025, and sets status conference for February 3, 2026, at 10:00 A.M. before the Hon. Helena M. Barch-Kuchta at the United States District Court for the Eastern District of California courthouse located in Yosemite National Park.

IT IS SO ORDERED.

Dated:   October 14, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE